UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIC OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT RAMOS, an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * * Case No. 5:22-cv-734-RBF |
| L&S TRI-STAR INVESTMENTS LLC, a limited liability company, | * * * * |
| DEFENDANT. | * |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Robert Ramos ("Plaintiff") and Defendant, L&S TRI-STAR INVESTMENTS LLC ("Defendant") hereby file this Joint Stipulation of Dismissal without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiff wishes to dismiss all claims against Defendant without prejudice to re-filing same.

2. In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in this action.

3. By this Stipulation, it is hereby stipulated that all claims and causes of action brought by Plaintiff against Defendant are dismissed without prejudice to re-filing same.

4. Plaintiff and Defendant further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims, counterclaims and causes of action brought by or between Plaintiff and Defendant are dismissed without prejudice by stipulation of all parties.

Respectfully submitted this 8th day of June, 2023.

Respectfully submitted,

/s/ Duncan Strickland
Duncan Strickland
State Bar No.: 24072374
1452 Hughes Road, #200
Grapevine, Texas 76051
Telephone: (214) 478-2753
Facsimile: (832) 218-4317
E-mail: Duncan@StricklandLawFirm.com
**ATTORNEY FOR PLAINTIFF**

/s/ Gregory T. Van Cleave
Gregory T. Van Cleave
The Law Office of Albert W. Van Cleave
1520 W. Hildebrand
San Antonio, TX 78201
210-341-6588
Fax: 210-701-8481
Email: greg_v@hotmail.com
**LEAD ATTORNEY FOR DEFENDANT**